THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCES DAVIS-IVERY, Appellant.—

Present—Dillon, P. J., Callahan, Pine, Balio and Davis, JJ.